■ In the Matter of STEPHEN G. DOHERTY, a Suspended Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [942 NYS2d 905]—

Per Curiam. Respondent was admitted to practice by this Court in 1993. He was suspended by this Court in 2009 for failure to comply with attorney registration requirements of Judiciary Law § 468-a (*see Matter of Attorneys in Violation of Judiciary Law § 468-a*, 65 AD3d 1447 [2009]).

On December 15, 2009, respondent entered a guilty plea to multiple felony counts in the United States District Court for the Eastern District of Pennsylvania. Respondent's sentencing remains pending. Petitioner has instituted an investigation of the matter. Respondent has tendered his resignation by affidavit dated February 18, 2012, in substantial compliance with the rules of this Court (*see* 22 NYCRR 806.8).

We accept respondent's disciplinary resignation, which petitioner advises it does not oppose, and, in accordance with our rules, order his disbarment from the practice of law (*see* 22 NYCRR 806.8 [b]).

Peters, P.J., Mercure, Stein, McCarthy and Garry, JJ., concur. Ordered that respondent's resignation application is accepted; and it is further ordered that respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further ordered that respondent is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and respondent is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that respondent shall comply with the provisions of this Court's rules regulating the conduct of disbarred attorneys (*see* 22 NYCRR 806.9).